Peter F. Lindborg, Esq. (SBN 150192)
Irina J. Mazor, Esq. (SBN 185144)
LINDBORG & MAZOR LLP
550 North Brand Boulevard, Suite 1830
Glendale, California 91203
Tel: 818/637-8325
Fax: 818/637-8376
plindborg@lmllp.com
imazor@lmllp.com

Attorneys for Plaintiff,
CRYSTAL SPRINGS UPLANDS SCHOOL

# UNITED STATES SCHOOL COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL SPRINGS UPLANDS SCHOOL, a California corporation,<br><br>Plaintiff<br><br>v.<br><br>FIELDTURF USA, INC., a Florida corporation; FIELDTURF, INC., a Canadian corporation; and FIELDTURF TARKETT SAS, a French corporation<br><br>Defendants. | CASE NO.: 3:16-cv-01335-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

STIPULATION RE ADR

The parties agree to participate in the following ADR process:

Court Processes:

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)

☐ Mediation (ADR L.R. 6)

(*Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5*)

Private Process:

☐X   Private ADR (please identify process and provider) : Mediation before Jeff Kichaven in Los Angeles

The parties agree to hold the ADR session by:

☐X   the presumptive deadline (The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)

-2-

STIPULATION RE ADR

☐     other requested deadline _____

Dated: July 13, 2016                         LINDBORG & MAZOR LLP

                         By:    /s/ Irina J. Mazor
                                Peter F. Lindborg, Esq. and Irina J. Mazor, Esq.
                                Attorneys for CRYSTAL SPRINGS UPLANDS
                                SCHOOL

Dated: July 13, 2016                         HAIGHT BROWN & BONESTEEL LLP

                         By:    /s/ William O. Martin, Jr.
                                William O. Martin, Jr., Esq.
                                Attorneys for FIELDTURF USA, INC.;
                                FIELDTURF, INC.; and FIELDTURF
                                TARKETT SAS

### [PROPOSED] ORDER

☒     The parties' stipulation is adopted and IT IS SO ORDERED.

☐     The parties' stipulation is modified as follows, and IT IS SO ORDERED:

Dated: 7/15/2016                    _____
                                    UNITED STATES DISTRICT JUDGE

STIPULATION RE ADR