# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL SPRINGS UPLANDS SCHOOL, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>FIELDTURF USA, INC., a Florida corporation; FIELDTURF, INC., a Canadian corporation; and FIELDTURF TARKETT SAS, a French corporation,<br><br>Defendants. | Case No. 3:16-CV-1335<br><br>[~~PROPOSED~~] ORDER REGARDING DISMISSAL UPON STIPULATION OF THE PARTIES<br><br>The Hon. Haywood S. Gilliam, Jr. presiding for all purposes _____<br><br>Action Filed:   March 18, 2016<br>Trial Date:       Not Yet Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the stipulation between Plaintiff, Crystal Springs Uplands School ("CSUS"), and Defendants FieldTurf USA Inc., FieldTurf, Inc., and FieldTurf Tarkett SAS (jointyl "FieldTurf"), the above-captioned action is hereby dismissed in its entirety, *with prejudice*.

CSUS and FieldTurf shall bear its own costs and fees related to this Action.

It is further ordered that this Court shall retain jurisdiction of this matter to the extent it becomes necessary for CSUS or FieldTurf to enforce the terms of any settlement agreement which may exist as between the parties.

IT IS SO ORDERED.

Dated: December __19__, 2016

By: /s/ Haywood S. Gilliam, Jr.
Haywood S. Gilliam , Jr.
Honorable Judge of the United States District Court, Northern District of California

TS13-0000003
12147542.1

Case No. 3:16-CV-1335
[~~PROPOSED~~] ORDER REGARDING DISMISSAL UPON STIPULATION OF THE PARTIES

Haight